1   RONALD I. RAETHER, JR. (SBN 303118)
    ronald.raether@troutmansanders.com
2   TROUTMAN SANDERS LLP
    5 Park Plaza, Suite 1400
3   Irvine, CA  92614-2545
    Telephone:     (949) 622.2700
4   Facsimile:     (949) 622.2739

5   MARK C. MAO (SBN 236165)
    mark.mao@troutmansanders.com
6   SHEILA M. PHAM (SBN 293673)
    sheila.pham@troutmansanders.com
7   TROUTMAN SANDERS LLP
    580 California Street, Suite 1100
8   San Francisco, California  94104
    Telephone:     (415) 447-5700
9   Facsimile:     (415) 447-5710

10  Attorneys for Defendant
    CLARITY SERVICES, INC.
11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15  JOYCE BENTON,                          Case No.  3:16-cv-06583-MMC

16              Plaintiff,                  **STIPULATION TO EXTEND TIME FOR
                                            DEFENDANT CLARITY SERVICES, INC.
17  v.                                      TO RESPOND TO COMPLAINT AND
                                            PROPOSED BRIEFING SCHEDULE**
18  CLARITY SERVICES, INC., and DOES 1
    through 50, inclusive,                  Complaint filed: October 13, 2016
19
                Defendants.
20

21

22

23

24

25

26

27

28

Troutman Sanders LLP
580 California Street, Suite 1100
San Francisco, CA 94104

STIPULATION TO EXTEND TIME FOR DEFENDANT CLARITY SERVICES, INC. TO RESPOND TO
COMPLAINT AND PROPOSED BRIEFING SCHEDULE – CASE NO. 3:16-CV-06583-MMC

1    Pursuant to Civil Local Rules 6-1 and 6-2, and by and through their counsel, Plaintiff

2    Joyce Benton ("Plaintiff") and Defendant Clarity Services, Inc. ("Clarity") (collectively, the

3    "Parties"), hereby agree to the following briefing schedule and seek an Order from the Court

4    confirming same:

5    Clarity shall have until December 12, 2016 to answer or otherwise respond to the

6    Complaint.

7    If Clarity files a responsive pleading other than an Answer, Plaintiff shall have until

8    January 9, 2017 to file an opposition to Clarity's Motion, and Clarity shall have until January 16,

9    2017 to file a reply.

10    This Stipulation is without prejudice to Plaintiff's right to seek a remand of the action,

11    which shall be due on December 14, 2016.  If Plaintiff files a Motion to Remand the action,

12    Clarity's opposition shall be filed on January 6, 2017, and Plaintiff's reply shall be filed on

13    January 13, 2017.

14    Accordingly, IT IS HEREBY STIPULATED.

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23

24

25

26

27

28

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

STIPULATION TO EXTEND TIME FOR DEFENDANT CLARITY SERVICES, INC. TO RESPOND TO
COMPLAINT AND PROPOSED BRIEFING SCHEDULE – CASE NO. 3:16-CV-06583-MMC

1    Dated: November 21, 2016                      TROUTMAN SANDERS LLP

2

3                                                  By: */s/  Sheila M. Pham*
                                                       Ronald I. Raether, Jr.
4                                                      Mark C. Mao
                                                       Sheila M. Pham
5                                                      Attorneys for Defendant Clarity Services,
                                                       Inc.
6

7                                                  CHAVEZ & GERTLER LLP

8

9                                                  By: */s/  Christian Schreiber*
                                                       Mark. A. Chavez
10                                                     Christian Schreiber
                                                       Attorneys for Plaintiff Joyce Benton
11

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15   DATE:  November 22, 2016

16                                                 Honorable Maxine M. Chesney
                                                   United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28
                                              3

STIPULATION TO EXTEND TIME FOR DEFENDANT CLARITY SERVICES, INC. TO RESPOND TO
COMPLAINT AND PROPOSED BRIEFING SCHEDULE