1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOYCE BENTON, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:16-cv-06583-MMC<br><br>[PROPOSED] ORDER CONTINUING MOTION TO DISMISS HEARING |

        Upon consideration of the Parties' Stipulation Regarding Brief Continuance of Motion to

Dismiss Hearing, and good cause appearing, IT IS HEREBY ORDERED THAT:

        The hearing on Clarity's Motion to Dismiss is continued to Friday, March 10, 2017 at

____09:00____ a.m. / p.m.

        **IT IS SO ORDERED.**

Dated: __February 13, 2017__

                                        Honorable Maxine M. Chesney