IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE BENTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARITY SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 16-cv-06583-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant Clarity Services, Inc.'s "Motion to Dismiss Plaintiff's Class Action Complaint," filed December 12, 2016.  On January 9, 2017, plaintiff Joyce Benton filed opposition, to which defendant, on January 16, 2017, replied, after which, on February 6, 2017, plaintiff, with leave of court, filed a surreply.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 10, 2017.

**IT IS SO ORDERED.**

Dated: March 3, 2017

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge