Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Joyce Benton, )
                                    )  Case No: 16-CV-06583
            Plaintiff(s),           )
                                    )  **APPLICATION FOR**
    v.                              )  **ADMISSION OF ATTORNEY**
                                    )  **PRO HAC VICE**
Clarity Services, Inc., et al.      )  (CIVIL LOCAL RULE 11-3)
                                    )
            Defendant(s).           )

   I, David M. Gettings, an active member in good standing of the bar of Supreme Court of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Clarity Services, Inc. in the above-entitled action. My local co-counsel in this case is Ronald I. Raether, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 Central Park Ave., Suite 2000 | 5 Park Plaza, Suite 1400 |
| Virginia Beach, VA 23462 | Irvine, CA 92614 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (757) 687-7747 | (949) 622-2700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| david.gettings@troutmansanders.com | ronald.raether@troutmansanders.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 80394.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 03/06/17                                          David M. Gettings
                                                            APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of David M. Gettings is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

   Dated: March 6, 2017
                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DAVID MICHAEL GETTINGS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. GETTINGS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 20, 2010, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued March 3, 2017

*[signature]*
KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER