UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE BENTON, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:16-cv-06583-MMC<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>**CLASS ACTION**<br><br>Date:      March 24, 2017<br>Time:      10:30 a.m.<br>Before:   Hon. Maxine M. Chesney<br>Courtroom: 7 |

Having reviewed the file and the request in this matter and for good cause appearing, IT IS SO ORDERED that the request to appear telephonically is hereby GRANTED.  Further, in light of the Parties' request, the Court elects to: (hold the conference in person, with certain counsel appearing telephonically) or (hold the conference by telephone exclusively).

**IT IS SO ORDERED.**

Dated: __March 20, 2017__

_/s/ Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Court Judge

30639460

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR TELEPHONIC APPEARANCE        - 1 -        CASE NO. 3:16-CV-06583-MMC