CHAVEZ & GERTLER LLP
Mark A. Chavez (SBN 90858)
Christian Schreiber (SBN 245597)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
christian@chavezgertler.com

*Additional Counsel Listed on Signature Page*

*Attorneys for Plaintiff and the Proposed Classes*

RONALD I. RAETHER, JR. (SBN 303118)
ronald.raether@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622.2700
Facsimile: (949) 622.2739

*Additional Counsel listed on Signature Page*

*Attorneys for Defendant Clarity Services, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE BENTON, | Case No. 3:16-CV-06583-MMC |
| Plaintiff, | **STIPULATION and [PROPOSED] ORDER RE DEADLINES AND BRIEFING SCHEDULE** |
| v. | |
| CLARITY SERVICES, INC., and DOES 1 through 50, inclusive, | Hon. Maxine M. Chesney |
| Defendants. | |

1     Plaintiff Joyce Benton ("Plaintiff") and Defendant Clarity Services, Inc. ("Clarity")
2 (collectively, "the Parties") hereby stipulate to the following:
3     WHEREAS, following an initial case management conference, the Court issued a
4 scheduling order on March 31, 2017 (ECF Doc. No. 51); and
5     WHEREAS, since the Order was issued, the Parties have been actively engaged in
6 discovery and motion practice in this matter and the related case pending in the Alameda County
7 Superior Court (Hon. Brad Seligman presiding); and
8     WHEREAS, the Parties have agreed to mediate this case on October 16, 2017 before the
9 Hon. John Leo Wagner (Ret.); and
10     WHEREAS, the Parties are finalizing the deposition dates for Plaintiff and for Clarity's
11 corporate designee pursuant to Fed. R. Civ. Proc. 30(b)(6); and
12     WHEREAS, the Parties believe an adjustment to the Order is warranted to allow for the
13 completion of mediation and depositions;
14     THEREFORE, THE PARTIES RESPECTFULLY REQUEST that the current schedule
15 be modified to the following:

**BRIEFING SCHEDULE - SUMMARY JUDGMENT:**

Discovery cutoff (Phase One): November 24, 2017

Expert Disclosure: October 13, 2017

Rebuttal Expert Disclosure: October 27, 2017

Expert Discovery Cutoff: December 8, 2017

Motion for Summary Judgment filing deadline: December 15, 2017

Opposition due: January 12, 2018.

Reply due: January 22, 2018.

Summary Judgment Motion Hearing: February 16, 2018 at 9:00 AM.

A Proposed Order incorporating the above relief is attached and submitted herewith.

Dated: August 23, 2017                     CHAVEZ & GERTLER LLP

|   |   |   |
|---|---|---|
| 1 | | */s/ Christian Schreiber* |
| 2 | | Christian Schreiber<br>*Attorneys for Plaintiffs* |
| 3 | | |
| 4 | Dated: August 25, 2017 | TROUTMAN SANDERS LLP |
| 5 | | |
| 6 | By: | */s/ Ronald Raether* |
| 7 | | Ronald I. Raether<br>Attorneys for Defendant Clarity Services, Inc. |

FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
James M. Pietz (Pa. I.D. 55406) (*pro hac vice*)
Gregory A. Murray (Pa. I.D. 316144) (*pro hac vice*)
429 Fourth Avenue
Law and Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: 412-281-8400
Facsimile: 412-281-1007
jpietz@fdpklaw.com
gmurray@fdpklaw.com

*Additional Counsel for Plaintiff and the Proposed Classes*


MARK C. MAO (SBN 236165)
mark.mao@troutmansanders.com
SHEILA M. PHAM (SBN 293673)
sheila.pham@troutmansanders.com
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 447-5700
Facsimile: (415) 447-5710

DAVID GETTINGS (admitted *pro hac vice*)
david.gettings@troutmansanders.com
TROUTMAN SANDERS LLP
222 Central Park Avenue Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Fax: (757) 687-7510

*Additional Counsel for Defendant Clarity Services, Inc*

STIPULATION and ~~PROPOSED~~ ORDER RE DEADLINES AND BRIEFING SCHEDULE

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having read the stipulation of the Parties, and good cause appearing therefor, the Court |
| 3 | hereby Orders the following briefing schedule: |
| 4 | Discovery cutoff (Phase One): November 24, 2017 |
| 5 | Expert Disclosure: October 13, 2017 |
| 6 | Rebuttal Expert Disclosure: October 27, 2017 |
| 7 | Expert Discovery Cutoff: December 8, 2017 |
| 8 | Motion for Summary Judgment filing deadline: December 15, 2017 |
| 9 | Opposition due: January 12, 2018. |
| 10 | Reply due: January 22, 2018. |
| 11 | Summary Judgment Motion Hearing: February 16, 2018 at 9:00 AM. |
| 12 | ~~All other dates previously scheduled by the Court will remain in effect.~~ |
| 13 | IT IS SO ORDERED.   IT IS FURTHER ORDERED that the Further Case Management Conference is continued to April 13, 2018; a Joint Case Management Statement shall be filed no later than April 6, 2018. |
| 15 | Dated: _____August 25_, 2017 |
| 16 | Honorable Maxine Chesney<br>United States District Court Judge |

1

[PROPOSED] ORDER RE DEADLINES AND BRIEFING SCHEDULE