IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE BENTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARITY SERVICES, INC.,<br><br>    Defendant. | Case No. 16-cv-06583-MMC<br><br>**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO DEFENDANT**<br><br>Re: Dkt. No. 64 |

By order filed January 10, 2018, the court granted in part and deferred ruling in part on defendant Clarity Services, Inc.'s ("Clarity") "Administrative Motion to Seal," and, with respect to the deferred portion thereof, afforded Clarity leave to file supplemental declaration(s).

On January 24, 2018, Clarity filed a Response to the Court's Order, in which it "withdraws its request to seal" the information as to which the Court had deferred ruling. (See Response at 1:10-11.)

Accordingly, (1) to the extent Clarity initially sought an order sealing that additional information, Clarity's administrative motion is hereby DENIED as moot; and (2) Clarity is hereby DIRECTED to file, no later than January 31, 2018, its redacted exhibits as attachments to a separate document titled "Redacted Exhibits H, J, K, T, U, V to the Declaration of Sean Dunham in Support of Clarity Services, Inc.'s Motion for Summary Judgment."

**IT IS SO ORDERED.**

Dated: January 29, 2018

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge