IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE BENTON,<br>    Plaintiff,<br>v.<br>CLARITY SERVICES, INC.,<br>    Defendant. | Case No. 16-cv-06583-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>Re: Dkt. No. 67 |

By order filed February 12, 2018, the Court granted in part and deferred ruling in part on plaintiff Joyce Benton's ("Benton") Administrative Motion to File Under Seal, and, with respect to the deferred portion thereof, afforded MobiLoans, LLC ("MobiLoans") and Tailwind Marketing, LLC ("Tailwind"), the two non-party entities who entered the agreement comprising Benton's Exhibit 3-4, leave to file, no later than March 2, 2018, a declaration setting forth any reasons warranting the sealing of said exhibit.

In response thereto, MobiLoans timely filed a declaration by its counsel, Venus McGhee, in which it requests sealing of the pricing information contained in Exhibit B to Benton's Exhibit 3-4. (See Declaration of Mobiloans, LLC in Support of Plaintiff's Administrative Motion to Seal ¶ 3.)[1]

"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." See Civil L.R. 79-5(a). "The request must be

---

[1] To date, Tailwind has not filed a declaration in support of sealing.

narrowly tailored to seek sealing only of sealable material." See id.

The Court, having reviewed the declaration, finds good cause to seal the pricing information contained in Exhibit B to Benton's Exhibit 3-4.

Accordingly, to the extent Benton seeks an order sealing such portion of Exhibit 3-4, the motion is hereby GRANTED, and Benton is hereby DIRECTED to file in the public record, no later than March 20, 2018, its redacted Exhibit 3-4 as an attachment to a separate document titled "Redacted Exhibit 3-4 to the Declaration of Christian Schreiber in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment." In all other respects, the request to seal Exhibit 3-4 is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 14, 2018

MAXINE M. CHESNEY
United States District Judge